**Stephan D. BROOKS, Petitioner—
Appellant,**

v.

**Nora HUNT, Superintendent; State of
North Carolina, Respondents—
Appellees.**

No. 05–6806.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 16, 2005.

Decided Oct. 19, 2005.

Stephan D. Brooks, Appellant Pro Se.

Before LUTTIG, MOTZ, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Stephan D. Brooks, a North Carolina
prisoner, seeks to appeal the district
court's order denying relief on his petition
filed under 28 U.S.C. § 2254 (2000). An
appeal may not be taken from the final
order in a § 2254 proceeding unless a cir-
cuit justice or judge issues a certificate of
appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue for claims addressed by a district
court absent "a substantial showing of the
denial of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find both that the
district court's assessment of his constitu-
tional claims is debatable and that any
dispositive procedural rulings by the dis-
trict court are also debatable or wrong.
See Miller–El v. Cockrell, 537 U.S. 322,
336, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); Slack v. McDaniel, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); Rose v. Lee, 252 F.3d 676, 683 (4th
Cir.2001). We have independently re-
viewed the record and conclude that
Brooks has not made the requisite show-
ing. Accordingly, we deny a certificate of
appealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*